**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 26-89-SCM-MAS

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**JAMES TAYLOR** **DEFENDANT**

* * * * *

The Defendant, **JAMES TAYLOR**, is now confined at the Clark County Detention Center in Winchester, Kentucky, awaiting trial for violations of state law. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **JAMES TAYLOR** to the United States Marshal so that **JAMES TAYLOR** may be brought before this Court for an initial appearance, arraignment and for other proceedings.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

By: */s/ Amanda P. Morgan*
Amanda P. Morgan
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4852
Amanda.Morgan3@usdoj.gov