**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 26-89-SCM-MAS

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER GRANTING MOTION OF UNITED STATES FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**JAMES TAYLOR** **DEFENDANT**

* * * * *

On August 20, 2026, the federal grand jury indicted the Defendant, **JAMES TAYLOR**, on federal violations of 21 U.S.C. § 841(a)(1), distribution of controlled substances and possession with intent to distribute a controlled substance. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer of the Clark County Detention Center to deliver **JAMES TAYLOR** to the United States Marshal so that **JAMES TAYLOR** may be brought before this Court for an initial appearance, arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the jailer of the Clark County Detention Center shall DELIVER the Defendant, **JAMES TAYLOR**, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER **JAMES TAYLOR** in custody before the United States District Court at Lexington, Kentucky, on September 18, 2026, at 9:30 a.m. for an initial appearance and arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of;

(4) the Marshal shall safely KEEP **JAMES TAYLOR** in custody until he is no longer needed, at which time the Marshal shall RETURN **JAMES TAYLOR** to the custody of the jailer; and

(5) the Clerk shall forward this order to the United States Marshal (3 certified copies) and to the United States Probation Office.

On this the 20th day of August, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies: United States Marshal (3 certified copies)
United States Probation
Amanda P. Morgan, Assistant United States Attorney